Allen Lee LAMPKIN, Appellant,

v.

STROMAN'S, INC., Appellee.

No. 00–2577.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 12, 2001.

Decided Jan. 18, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Allen Lampkin appeals from the district court's[1] adverse grant of summary judgment in his employment discrimination

[1]. The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

lawsuit against his former employer. Upon de novo review, we agree with the district court, for the reasons expressed in its order, that Lampkin failed to demonstrate Stroman's stated reasons for his termination were a pretext for discrimination, or Stroman's engaged in retaliatory behavior. *See Whitley v. Peer Review Systems, Inc.,* 221 F.3d 1053, 1055 (8th Cir.2000).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny Stroman's pending motions on appeal.